FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 22  PM 12: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIKA J. GOFFNER | CIVIL ACTION |
| VERSUS | NO:   04-2463 |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY | SECTION: "B" (4) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Shamika Goffner's Supplemental Security Income Benefits is **REVERSED** and **REMANDED** for appropriate consideration of the evidence of record as referenced in the opinion above.

New Orleans, Louisiana, this 22 day of Feb, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____